# EXHIBIT B

**Portus v. Lennox International**
**Infringement Chart for U.S. Patent No. 8,914,526**

| U.S. Patent No. 8,914,526 | Infringing System |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Lennox International Inc. provides a system for remote access of user premises networks located in respective user premises.<br><br>    For example, Lennox International Inc. provides Lennox S30, E30 smart Thermostat deployed within a home (user premises) and connected to Lennox app services for remote monitoring/control) for remote access of user premises networks located in respective user premises,<br><br><br><br>Source: https://www.lennox.com/residential/products/comfort-controls/thermostats |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| |     <br><br>S30, Touchscreen Communication Programmable Thermostat<br><br>• Wi-Fi<br>• Touchscreen<br>• Universal 3 Heat/2 Cool<br><br>Cat # : 19V30<br>Model/Part # : S30<br><br>Sign in for pricing and availability<br><br>Source: https://www.lennoxpros.com/lennox-s30-smart-wi-fi-programmable-thermostat/p/19V30?clear=true<br><br> <br><br>**Complete control at home or away**<br><br>Remote control of your home environment is just one touch or voice command away with the iComfort® E30 smart thermostat. Monitor temperatures and schedules from anywhere in the world using the Lennox Home app and your smartphone, tablet or other web-enabled device.<br>Available on the App Store and Google Play.<br><br>Source: https://www.lennox.com/residential/products/comfort-controls/thermostats/icomforte30 |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/lennox-home/id6443907619 |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | <br><br>Source: https://www.lennox.com/dA/f3d1bf5c90/ehb_e30_2502.pdf |
| [57A] a first network (a) located external to said user premises, (b) including a first arrangement of | The system includes a first network (Lennox app cloud services network) located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access ((Lennox app cloud services to manage accounts, device registration, device state synchronization, and remote access); and including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running a web browser to access Lennox app/ the control panel of the Lennox Thermostat) |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| processing circuitry comprising at least one hardware processor programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and |  How do I add a new iComfort® E30 Smart Thermostat to my existing account? Back to Questions<br><br>You can add a new iComfort® E30 Smart Thermostat to your account by simply logging into the new thermostat with your existing account. Alternatively, you can add your new iComfort® E30 Smart Thermostat to your account by using the web portal or Lennox Home App, by entering a pin you generate on the thermostat.<br><br>To generate the pin, go to your thermostat, then go to settings > account and at the bottom of the page press the "Generate Pin" button. You'll be given a number that is unique for a one-time use.<br><br>When you enter the pin on the web portal or Lennox Home App, you'll be automatically signed-in on your thermostat.<br><br>Source: https://www.support.lennoxicomfort.com/help/faq/faq.html#e30_new_existing_account<br><br>**STEP 2**<br><br>**Create Account/Login**<br><br>Please go to menu > settings > account to log in using your existing iComfort® credentials or to create a new account. Having an iComfort® account allows you to access your thermostat from the web and Lennox Home App.<br><br>1: Tap on "Create New Account".<br>2: Enter your account details such as your name, email address, and password.<br>3: Enter your home address or pick an existing home, then tap on "Create Account".<br>4. Once you've successfully created your account, a confirmation message will appear as seen below.<br><br>Source: https://www.support.lennoxicomfort.com/help/E30/pdp_e30.html |

| U.S. Patent No. 8,914,526 | Infringing System |
|---|---|
| |  Source: https://youtu.be/-nmAQtb4p6A |
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of | The system includes a plurality of second arrangements (the thermostat deployed in users' homes), the thermostat deployed in users' homes (each with embedded processors and network interfaces) and connected as devices on the user's home network (e.g., Wi-Fi router) to control network access. Each thermostat is part of the user premises network and participates in network access under local control and Lennox app cloud coordination. |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| at least a subset of which is located in a respective one of the user premises and part of the respective user premises network of the respective user premises; |  After logging in and creating an account, the homeowner can enter specific information for the Lennox® E30 Thermostat (single or multiple systems), set up multiple homes and specify what alerts and reminders they would like to receive.<br><br>The homeowner can control all Lennox® E30 Thermostats on the network remotely through the website.<br><br>**Multiple Lennox® E30® Thermostat Control**<br>• One home - one E30 Thermostat<br>• Two or more homes - one E30 Thermostat each<br>• One home - multiple E30 Thermostats<br>• Two or more homes - multiple E30 Thermostats<br><br>Source: https://www.lennox.com/dA/2b5dde4488/ehb_e30_2211.pdf (page 8) |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|

## System Settings

The system setting screen will allow the homeowner to connect to their home Wi-Fi router and give their system a name.

All of the reference functions in this section are also available using the:
- Consumer Portal (https://www.lennoxicomfort.com).
- Lennox Home app (on Android or iOS mobile devices).

**Figure 5. User Setting Menu**

### Wi-Fi

The following information is for connecting the thermostat to a secure home wireless network that has Internet access.

is an implementation of zero-configuration networking (Zeroconf), a group of technologies that includes service discovery, address assignment, and host name resolution.

### IMPORTANT

Never use a home guest account.
Never use an open router connection (non-secure).
Always use a secure connection physically located in the home where the thermostat is located.

**Visible Access Point**
1. Slide the option to ON to enable Wi-Fi.
2. Wi-Fi network will show not connected. Press on not connected.
3. Select a network will be displayed listing all detected networks within range. Select your home network by pressing on the network name.

NOTE: The thermostat can connect to a home wireless router that uses up to 32 characters in the access point name (visible or hidden).

4. When connecting to a secure home Wi-Fi network, a password will be requested. Enter your home Wi-Fi network password and press join to continue.

NOTE: If you wish to see the characters you are typing, check show password. The thermostat will support up to a 63 character password.

**Hidden Access Point**
1. Slide the option to ON to enable Wi-Fi.
2. Wi-Fi network will show not connected. Press on not connected.
3. Select **other**.
4. The "enter new network information" screen will appear. Enter the name of the hidden network.

NOTE: The thermostat can connect to a home wireless outer that uses up to 32 characters in the access point name (visible or hidden).

5. **Select Security**. Options are: none, WEP, WPA and WPA2. If your home Wi-Fi connection is unsecured, then Wi-FI security must be enabled using WEP, WPA or WPA2 via the router before proceeding. Consult your router documentation on how to enable Wi-Fi security.
6. Once security encryption is selected, a password field will appear. Enter the password to access your home Wi-Fi network.

iComfort E30/S30 User Guide (page 8)

Source: https://s7d9.scene7.com/is/content/lennoxinternational/507920-02-000

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| | GETTING STARTED<br><br>Setup Wi-Fi<br><br>In order to set up Wi-Fi in your thermostat, go to menu > settings > wi-fi > wi-fi network. The thermostat will automatically search for Wi-Fi networks in your home. Simply select the desired Wi-Fi network and enter the password (if necessary). You can also manually add a Wi-Fi network by pressing the "Other" button.<br><br>We recommend the following Wi-Fi routers for use with iComfort®:<br>Linksys, Netgear, Xfinity, Apple, D-Link, 2Wire, Actiontec, Cisco, Arris, Motorola, ASUS, AT&T, Belkin, Verizon.<br><br>Source: https://www.support.lennoxicomfort.com/help/E30/pdp_e30.html |
| [57C] wherein:<br>said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements;; | The first circuitry arrangement (Lennox cloud services (Lennox app backend) is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements (use Lennox app to Access Lennox smart Thermostat )<br><br>Upon authenticated remote access, Lennox cloud/portal services establish network communications with the registered Lennox thermostat(s) over the Internet/home Wi-Fi path to exchange control commands (setpoints, modes, schedules) and status/usage information<br><br>This smart thermostat is an electronic communicating, color display touchscreen and 7-day programmable interface which communicates directly with a Smart Hub Controller. After on-line registration is completed, the system may then be accessed by the homeowner from anywhere via computer or mobile device (Internet connection required).<br><br>iComfort E30/S30 User Guide (page 4)<br>Source: https://s7d9.scene7.com/is/content/lennoxinternational/507920-02-000 |
| [57D] the user access browser located on the | Lennox app (located on the first network) operates as access-browser functionality to locate and retrieve information from Lennox cloud and from the user's device state, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections |

| U.S. Patent No. 8,914,526 | **Infringing System** |
|---|---|
| first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks; | within the UI (e.g., choosing devices such as downstair or upstairs thermostat) cause the client to access predetermined URL/URI locations corresponding to those services/resources.<br><br>URL/browser aspect is met by the web-based Lennox Manager portal (browser access to a predetermined website/URL), and by the Lennox app acting as an access-browser client to cloud endpoints (with URL selection/input implicit via the app UI).<br><br><br><br>Source: https://www.lennox.com/dA/2b5dde4488/ehb_e30_2211.pdf (page 8) |

| U.S. Patent No. 8,914,526 | **Infringing System** |
| --- | --- |
| |  Source: https://www.lennox.com/dA/2b5dde4488/ehb_e30_2211.pdf (page 8) |

| | |
|---|---|
| [57E] each of the at least the subset of second circuitry arrangements is accessible by the first circuitry arrangement; | Each of the at least the subset of second circuitry arrangements (Thermostat) is accessible (controlled/ monitored) by the first circuitry arrangement (Lennox app)<br><br>Once a Lennox thermostat is registered to a user account, the Lennox services can remotely access that thermostat for monitoring and control functions through the Lennox app or web portal.<br><br>This smart thermostat is an electronic communicating, color display touchscreen and 7-day programmable interface which communicates directly with a Smart Hub Controller. After on-line registration is completed, the system may then be accessed by the homeowner from anywhere via computer or mobile device (Internet connection required).<br><br>iComfort E30/S30 User Guide (page 4)<br>Source: https://s7d9.scene7.com/is/content/lennoxinternational/507920-02-000 |
| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; | When a user accesses smart thermostat services (via UI selections that cause the client to access service URL/URI endpoints), Lennox cloud services rely on authorization data (Lennox account login and device registration) to determine which registered device (and associated premises networks/locations) the user is authorized to monitor/control. Which means responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control;<br><br>User signs in to Lennox cloud server / Lennox Manager website with account credentials; the service uses authorization data (account identity) to determine which registered thermostat(s) (and thus which user premises network) the user may monitor/control. |



Source: https://www.lennox.com/dA/2b5dde4488/ehb_e30_2211.pdf (page 8)

Exhibit B-Page 13 of 20



STEP 2

Create Account/Login

Please go to menu > settings > account to log in using your existing iComfort® credentials or to create a new account.

Having an iComfort® account allows you to access your thermostat from the web and Lennox Home App.

1: Tap on "Create New Account".
2: Enter your account details such as your name, email address, and password.
3: Enter your home address or pick an existing home, then tap on "Create Account".
4. Once you've successfully created your account, a confirmation message will appear as seen below.

Source: https://www.support.lennoxicomfort.com/help/E30/pdp_e30.html

| [57G] initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first network and said determined one of said user premises networks to at least one of | Upon authorized access (e.g., using Lennox app to access smart thermostat, Lennox cloud services establish network communications with the specific registered device state to access device state / stored data and/or deliver commands/updates. These interactions are implemented as network sessions (e.g., HTTPS/TLS request/response sessions and/or cloud synchronization sessions) that temporarily interconnect Lennox cloud and the specific user premises network during the access/control transaction.<br><br>Upon remote user interaction (app/portal), Lennox services communicate with the in-premises thermostat over the network path to:<br>- send control commands (e.g., change temperature, change mode, update schedules), and<br>- obtain device status/usage information; |

control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network:





**Complete control at home or away**

Remote control of your home environment is just one touch or voice command away with the iComfort® E30 smart thermostat. Monitor temperatures and schedules from anywhere in the world using the Lennox Home app and your smartphone, tablet or other web-enabled device.
Available on the App Store and Google Play.

Source: https://www.lennox.com/residential/products/comfort-controls/thermostats/icomforte30



REMOTE ACCESS (HOMEOWNER/INSTALLER)

Wi-Fi remote temperature monitoring and adjustment through a home wireless network via desktop PCs, laptops, and apps for smartphones or tablets.
Controls on the devices have the same appearance and functions as the touchscreen display, making it easy to make any settings and adjustments.

Source: https://www.lennox.com/dA/2b5dde4488/ehb_e30_2211.pdf (page 8)

| [57H] obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network; and | Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network. |
| --- | --- |

| | |
|---|---|
| | The Lennox Home App allows you to remotely access and control your Lennox Smart Thermostat, Lennox powered by Samsung Mini-split, Lennox Heat pump Water Heater and advanced accessories from anywhere in the world. Whether it's adjusting your home's temperature or schedule, monitoring your indoor air quality (Lennox Air Quality Monitor required) or balancing room temperatures, the control is all at your fingertips.<br><br>Source: https://apps.apple.com/us/app/lennox-home/id6443907619 |
| [57I] using a web server, serves to the user access browser the information from the second circuitry arrangement of the determined user premises network; | Using a web server(Lennox cloud server), serves to the user access browser(Lennox app) the information from the second circuitry arrangement of the determined user premises network;<br><br><br><br>Source: https://www.lennox.com/residential/products/comfort-controls/thermostats/icomforte30 |
| [57J] the communications session provides a seamless access to | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser.<br>Remote access is presented in the Lennox app/portal as direct, immediate access to thermostat information/controls (i.e., the user experiences the in-premises thermostat as accessible "from anywhere"). |

| | |
|---|---|
| information stored on said determined one of said user premises networks from said user access browser; and | This smart thermostat is an electronic communicating, color display touchscreen and 7-day programmable interface which communicates directly with a Smart Hub Controller. After on-line registration is completed, the system may then be accessed by the homeowner from anywhere via computer or mobile device (Internet connection required).<br><br>iComfort E30/S30 User Guide (page 4)<br>Source: https://s7d9.scene7.com/is/content/lennoxinternational/507920-02-000 |
| [57K]the at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements.<br><br>Lennox remote monitoring/control is performed through the Lennox app or web portal interfaces, which display thermostat state/controls derived from the thermostat (and/or its local sensors), and accept user commands based on that displayed information. |



The Login screen is accessible to the homeowner at: www.lennoxicomfort.com.

 Thermostat must be registered before logging into the Homeowner Remote Access Website. Please refer to the homeowners manual for additional information.

Source: https://www.lennox.com/dA/2b5dde4488/ehb_e30_2211.pdf (page 8)



**REMOTE ACCESS (HOMEOWNER/INSTALLER)**

Wi-Fi remote temperature monitoring and adjustment through a home wireless network via desktop PCs, laptops, and apps for smartphones or tablets. Controls on the devices have the same appearance and functions as the touchscreen display, making it easy to make any settings and adjustments.

Source: https://www.lennox.com/dA/2b5dde4488/ehb_e30_2211.pdf (page 8)