# EXHIBIT D

## Portus v. Lennox International
## Infringement Chart for U.S. Patent No9,961,097

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| 1. A system for remote access of a user premises comprising: | Lennox International Inc. provides a system for remote access of user premises networks located in respective user premises. <br><br> For example, Lennox International Inc. provides Lennox S30, E30 smart Thermostat deployed within a home (user premises) and connected to Lennox app services for remote monitoring/control) for remote access of user premises networks located in respective user premises, <br><br><br> Source: https://www.lennox.com/residential/products/comfort-controls/thermostats |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| |     <br><br>Source: https://www.lennoxpros.com/lennox-s30-smart-wi-fi-programmable-thermostat/p/19V30?clear=true<br><br> <br><br>Source: https://www.lennox.com/residential/products/comfort-controls/thermostats/icomforte30 |

| U.S. Patent No. 9,961,097 | **<u>Infringing System</u>** |
|---|---|
| | <br><br>Source: https://apps.apple.com/us/app/lennox-home/id6443907619 |
| [1A] a first hardware processing circuitry running an access browser module;<br>a second hardware processing circuitry located in a first network; and | The system includes a first hardware processing circuitry running an access browser module (user's phone/tablet (Lennox app) and/or PC web portal; and smart Thermostat control panel when it registers/interacts with Lennox cloud), a second hardware processing circuitry (Lennox cloud services) located in a first network (Lennox cloud services network) |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
|  | <br><br>Source: https://www.lennox.com/residential/products/comfort-controls/thermostats/icomforte30 |

| U.S. Patent No.<br>9,961,097 | **Infringing System** |
|---|---|
| | <br>Source: https://www.support.lennoxicomfort.com/help/E30/pdp_e30.html |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | Source: https://youtu.be/-nmAQtb4p6A |
| [1B] a connection gateway that is located in, and is part of a local network of, the user premises; | Smart Thermostat acts as a connection gateway that is located in, and is part of a local network of, the user premises;<br><br>For Example, smart Thermostat has Wifi connection which can manage heating and cooling system, Smart Thermostat is a connection gateway between Lennox cloud and heating and cooling system. |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | **GETTING STARTED**<br><br>**Setup Wi-Fi**<br><br>In order to set up Wi-Fi in your thermostat, go to menu > settings > wi-fi > wi-fi network. The thermostat will automatically search for Wi-Fi networks in your home. Simply select the desired Wi-Fi network and enter the password (if necessary). You can also manually add a Wi-Fi network by pressing the "Other" button.<br><br>We recommend the following Wi-Fi routers for use with iComfort®:<br>Linksys, Netgear, Xfinity, Apple, D-Link, 2Wire, Actiontec, Cisco, Arris, Motorola, ASUS, AT&T, Belkin, Verizon.<br><br>Source: https://www.support.lennoxicomfort.com/help/E30/pdp_e30.html |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | Source: https://www.lennox.com/dA/f3d1bf5c90/ehb_e30_2502.pdf |
| [1C] wherein: the second hardware processing circuitry is external to the user | The second hardware processing circuitry (Lennox cloud services) is external to the user premises, is accessible via the access browser module (user's phone/tablet (Lennox app); and thermostat control panel), and is configured to communicate on-demand with the connection gateway; |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| premises, is accessible via the access browser module, and is configured to communicate on-demand with the connection gateway; |   <br><br>Source: https://www.lennox.com/residential/products/comfort-controls/thermostats/icomforte30 |
| [1D] the connection gateway is integrated with or communicatively coupled to one or more networked components of the local network of the user premises; and | the connection gateway (Smart Thermostat)  is integrated with or communicatively coupled to one or more networked components (heating and cooling system.)  of the local network of the user premises; |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | <br><br>Source: https://www.lennox.com/dA/f3d1bf5c90/ehb_e30_2502.pdf |
| [1E] the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which | the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network.<br><br>URL/browser aspect is met by the web-based Lennox Manager portal (browser access to a predetermined website/URL), and by the Lennox app acting as an access-browser client to cloud endpoints (with URL selection/input implicit via the app UI). |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| the first hardware processing circuitry, using the access browser module, accesses an address on the first network, begins a sequence in which the second hardware processing circuitry responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, | **HOMEOWNER LOGIN**<br><br>iComfort.<br><br>The Login screen is accessible to the homeowner at: www.lennoxicomfort.com.<br><br>Thermostat must be registered before logging into the Homeowner Remote Access Website. Please refer to the homeowners manual for additional information.<br><br>Source: https://www.lennox.com/dA/2b5dde4488/ehb_e30_2211.pdf (page 8) |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | **REMOTE ACCESS (HOMEOWNER/INSTALLER)**<br><br><br><br>Wi-Fi remote temperature monitoring and adjustment through a home wireless network via desktop PCs, laptops, and apps for smartphones or tablets.<br><br>Controls on the devices have the same appearance and functions as the touchscreen display, making it easy to make any settings and adjustments.<br><br>Source: https://www.lennox.com/dA/2b5dde4488/ehb_e30_2211.pdf (page 8)<br><br>Begins a sequence in which the second hardware processing circuitry(Lennox cloud services)   responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry (Lennox cloud services)   and the at least one networked component (heating and cooling system) of the local network. |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| | C. This is the current time, day of the week and date (month/day/year). This information can be adjusted from **menu > settings > general > date & time screen.** <br><br> D. For information on home screen zone navigation, go to "Home Screen Zone Navigation" on page 22. <br><br> E. **System Status - Left Side of Screen**: This area displays various functions that are either pending or currently active. Indicators are humidifying, dehumidifying, cooling, heating, ambient lockout, emergency heat, cleaning air, transitioning to next schedule, load shedding, service urgent and fan is running. <br><br><br> iComfort E30/S30 User Guide (page 6) <br> Source: https://s7d9.scene7.com/is/content/lennoxinternational/507920-02-000 |
| [1F] wherein the sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, and wherein: | The sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data (Lennox Account) indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, <br><br> Once a Lennox thermostat is registered to a user account, the Lennox services can remotely access that thermostat for monitoring and control functions through the Lennox app or web portal. |

| U.S. Patent No. 9,961,097 | **Infringing System** |
|---|---|
| | <br><br>**STEP 2**<br><br>**Create Account/Login**<br><br>Please go to menu > settings > account to log in using your existing iComfort® credentials or to create a new account.<br><br>Having an iComfort® account allows you to access your thermostat from the web and Lennox Home App.<br><br>1: Tap on "Create New Account".<br>2: Enter your account details such as your name, email address, and password.<br>3: Enter your home address or pick an existing home, then tap on "Create Account".<br>4. Once you've successfully created your account, a confirmation message will appear as seen below.<br><br>Source: https://www.support.lennoxicomfort.com/help/E30/pdp_e30.html<br><br>This smart thermostat is an electronic communicating, color display touchscreen and 7-day programmable interface which communicates directly with a Smart Hub Controller. After on-line registration is completed, the system may then be accessed by the homeowner from anywhere via computer or mobile device (Internet connection required).<br><br>iComfort E30/S30 User Guide (page 4)<br>Source: https://s7d9.scene7.com/is/content/lennoxinternational/507920-02-000 |
| [1G] the user premises is one of a plurality of user premises; | The user premises is one of a plurality of user premises (the system can control several home), each home is a user premise. The connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises ( each home can have a  smart thermostat), and to each of which the |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| the connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises, and to each of which the second hardware processing circuitry is configured to connect; and | second hardware processing circuitry (Lennox cloud services) is configured to connect.<br><br><br><br>After logging in and creating an account, the homeowner can enter specific information for the Lennox® E30 Thermostat (single or multiple systems), set up multiple homes and specify what alerts and reminders they would like to receive.<br><br>The homeowner can control all Lennox® E30 Thermostats on the network remotely through the website.<br><br>Multiple Lennox® E30® Thermostat Control<br>• One home - one E30 Thermostat<br>• Two or more homes - one E30 Thermostat each<br>• One home - multiple E30 Thermostats<br>• Two or more homes - multiple E30 Thermostats<br><br>Source: https://www.lennox.com/dA/2b5dde4488/ehb_e30_2211.pdf (page 8 |
| [1H] the sequence further including the second hardware processing circuitry determining which one of the local networks the | The sequence further including the second hardware (Lennox cloud services) processing circuitry determining which one of the local networks the authentication data indicates authority to access, (the device registered to Thermostat account can be accessed) |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| authentication data indicates authority to access, | This smart thermostat is an electronic communicating, color display touchscreen and 7-day programmable interface which communicates directly with a Smart Hub Controller. After on-line registration is completed, the system may then be accessed by the homeowner from anywhere via computer or mobile device (Internet connection required).<br><br>iComfort E30/S30 User Guide (page 4)<br>Source: https://s7d9.scene7.com/is/content/lennoxinternational/507920-02-000 |
| [1I] the sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, and | The sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data,<br><br>The device registered to Lennox account can be controlled means after registered, the second hardware processing circuitry must establish a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data.<br><br>How do I add a new iComfort® E30 Smart Thermostat to my existing account?  Back to Questions<br><br>You can add a new iComfort® E30 Smart Thermostat to your account by simply logging into the new thermostat with your existing account. Alternatively, you can add your new iComfort® E30 Smart Thermostat to your account by using the web portal or Lennox Home App, by entering a pin you generate on the thermostat.<br><br>To generate the pin, go to your thermostat, then go to settings > account and at the bottom of the page press the "Generate Pin" button. You'll be given a number that is unique for a one-time use.<br><br>When you enter the pin on the web portal or Lennox Home App, you'll be automatically signed-in on your thermostat.<br><br>Source: https://www.support.lennoxicomfort.com/help/faq/faq.html#e30_new_existing_account |
| [1J] wherein the second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components of the local network of | The second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components (heating and cooling system controlled by the smart thermostat ) of the local network of the user premises, and stores the selected information in the first network for subsequent review (monitored ) by a user associated with the user premises, without requiring the user to provide the authentication data |

| U.S. Patent No. 9,961,097 | Infringing System |
|---|---|
| the user premises, and stores the selected information in the first network for subsequent review by a user associated with the user premises, without requiring the user to provide the authentication data, and | **C.** This is the current time, day of the week and date (month/day/year). This information can be adjusted from **menu > settings > general > date & time screen.**<br>**D.** For information on home screen zone navigation, go to "Home Screen Zone Navigation" on page 22.<br>**E. System Status - Left Side of Screen**: This area displays various functions that are either pending or currently active. Indicators are humidifying, dehumidifying, cooling, heating, ambient lockout, emergency heat, cleaning air, transitioning to next schedule, load shedding, service urgent and fan is running.<br><br>iComfort E30/S30 User Guide (page 6)<br>Source: https://s7d9.scene7.com/is/content/lennoxinternational/507920-02-000 |
| [1K] wherein the authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information in the first network via the access browser module. | The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information(history) in the first network via the access browser module (Lennox app)<br><br>**A.** The MENU button is for accessing following options:<br>  • Settings (see "System Settings" on page 8.)<br>  • Notifications (also reminders) (see "Notifications (Critical, Warnings and Reminders)" on page 20.)<br>**B.** A circle with a number indicates new notifications. Touch **menu > notifications** to display active notifications. Types of notifications include: critical, warnings, reminders and general information. This can also be sorted by last 24 hours, last 30 days, last 12 months or all notifications.<br><br>iComfort E30/S30 User Guide (page 6)<br>Source: https://s7d9.scene7.com/is/content/lennoxinternational/507920-02-000 |