IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PORTUS SINGAPORE PTE LTD &** **PORTUS PTY LTD** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  3:26-CV-01328-O** |
| | § | |
| **LENNOX INTERNATIONAL INC** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Plaintiff's Motion for Waiver of Local Counsel Requirement (ECF No. 6), filed April 24, 2026. Plaintiff's counsel has been admitted to practice before this Court for the Northern District of Texas since February 21, 2001 and is able and willing to appear at any hearing or other duty required by the Court or local rules. *Id.* Therefore, the Court finds good cause and the Motion is **GRANTED**.

Accordingly, it is **ORDERED** that Plaintiff's counsel is required to fulfill all local counsel requirements and abide by all local rules of this Court, including the standards of litigation conduct set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (per curiam). It is further **ORDERED** that if proceeding without local counsel disrupts this litigation or otherwise results in a failure to comply with the rules of this Court, Plaintiff will be required to immediately obtain local counsel.

**SO ORDERED** this **27th day** of **April 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**