**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **DALLAS DIVISION** | § | |
| **PORTUS SINGAPORE PTE LTD &** | § | |
| **PORTUS PTY LTD,** | § | **Civil Action No. 3:26-cv-01328-O** |
| | § | |
| **Plaintiffs,** | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **LENNOX INTERNATIONAL INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT LENNOX INTERNATIONAL INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER, OR OTHERWISE, RESPOND TO
PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE COURT:

COMES NOWS Defendant Lennox International Inc. ("Defendant" or "Lennox") and files this Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiffs Portus Singapore Pte Ltd. & Portus Pty Ltd.'s ("Plaintiffs" or "Portus") Original Complaint (this "Motion") and would respectfully show the Court as follows:

1.      Plaintiffs filed their Original Complaint on April 24, 2026, and served Defendant Lennox on April 24, 2026.  Defendant's deadline to answer, move, or otherwise respond is May 15, 2026.

2.      By this Motion, Defendant requests the Court to extend the current deadline by sixty-one (61) days so that Defendant Lennox will have until July 15, 2026, to answer, move, or otherwise respond to Plaintiffs' Original Complaint.

3.      Plaintiffs agreed to this extension and do not oppose the relief requested in this Motion.

1

4.     The Motion and request are made without waiver of any defense that Defendant Lennox has or may have.

WHEREFORE, PREMISES CONSIDERED, Defendant Lennox prays that this Court grants its Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiffs' Original Complaint and for such other and further relief, at law or equity, to which it may be just entitled.

Dated: May 12, 2026

Respectfully Submitted,

By: */s/ David Wille*

David Wille
State Bar No. 24034730
Samir Bhavsar
State Bar No. 00798065
**BAKER BOTTS L.L.P.**
2001 Ross Ave., Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 661-6503
David.wille@bakerbotts.com
Samir.Bhavsar@bakerbotts.com

***ATTORNEYS FOR DEFENDANT***
***LENNOX INTERNATIONAL***

## CERTIFICATE OF CONFERENCE

Pursuant to the Northern District of Texas Local Rule CV-7.1(b), I certify that on May 11, 2026, counsel for Defendant Lennox International, Inc. conferenced with counsel for Plaintiffs and Plaintiffs do not oppose this motion.

*/s/ David Wille*
David Wille

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th of May 2026, a copy of the foregoing was served on all counsel of record via CM/ECF.

*/s/ David Wille*
David Wille

4