## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **PORTUS SINGAPORE PTE LTD &** | § | |
| **PORTUS PTY LTD,** | § | **Civil Action No. 3:26-cv-01328-O** |
| | § | |
| **Plaintiffs,** | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **LENNOX INTERNATIONAL INC.,** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER GRANTING DEFENDANT LENNOX INTERNATIONAL INC.'S
### <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Before the Court is Defendant Lennox International Inc.'s Unopposed Motion for Extension of Time to Answer, or Otherwise, Respond to Plaintiffs Portus Singapore PTE Ltd. & Portus PTY Ltd.'s Original Complaint (the "Motion"). Having considered the Motion, the Court is of the OPINION that Defendant's Unopposed Motion should be GRANTED.

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

IT IS FUTHER ORDERED THAT Defendant Lennox International Inc. shall answer or otherwise plead by July 15, 2026.

SIGNED and entered this _____ day of _____, 2026.

_____
UNITED STATES CHIEF DISTRICT
JUDGE REED O'CONNOR